ACCEPTED
01-14-01015-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/7/2015 2:20:59 PM
CHRISTOPHER PRINE
CLERK

NO. 01-14-01015-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/7/2015 2:20:59 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE COURT OF APPEALS
## FOR THE FIRST DISTRICT
## HOUSTON, TEXAS

### SANDRA NZE
Appellant

### V.

### UCHENNA NWABUEZE
Appellee

### APPELLANT'S DESIGNATION OF COUNSEL

Appellant, Sandra Nze, designates Nwadi Nwogu of the law offices of Odunze Nwogu Law Group, P. C. as lead counsel. The Clerk of the Court is requested to take notice of this designation of counsel in accordance with the Rules of this Court.

Nwadi Nwogu will be responsible for this case and will be the attorney who receives all communications from the Court and other parties.

Counsel requires time to review this matter and requests the Court for additional time to review and prepare this file for competent legal representation especially since Counsel has previously scheduled depositions and out of city trials through April 28, 2015.

Counsel requests that Appellant's Motion to Extend time to file Appellate Brief be granted and the deadline for the filing of appellant's brief extended at least 30 days from April 28, 2015.

Respectfully submitted,

ODUNZE NWOGU LAW GROUP, P.C.

By: /s/ NWADI NWOGU
NWADI NWOGU
Texas Bar No. 24074826
6001 SAVOY DRIVE
SUITE 302
HOUSTON, Texas 77036
Tel. (713)334-8080
Fax. (713)334-3533
Email address: NWADI@ONLAWGROUP.COM

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I certify that on April 7, 2015 a true and correct copy of this document was served by facsimile transmission on Carlette White at 713-391-8724.

/s/ NWADI NWOGU
NWADI NWOGU